No. 662. AERO CORP. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. D. C. Cir. Certiorari denied. *John E. Branch* and *James P. Swann* for petitioner. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 665. KLEIN *v.* KLEIN. Ct. App. N. Y. Certiorari denied. Petitioner *pro se. Solomon A. Klein,* respondent, *pro se.*

No. 667. SEAROAD SHIPPING CO. ET AL. *v.* E. I. DUPONT DE NEMOURS & CO., INC. C. A. 5th Cir. Certiorari denied. *W. F. Parker* for petitioners. *Richard F. Ralph* for respondent.

No. 670. ELLENBURG ET AL. *v.* GEORGIA. Ct. App. Ga. Certiorari denied. *Wesley R. Asinof* for petitioners. *Lewis R. Slaton, J. Walter LeCraw* and *J. Robert Sparks* for respondent.

No. 676. CAMPBELL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *W. P. Boone Dougherty* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 678. HERSCHEL *v.* WILSON. C. A. 7th Cir. Certiorari denied. *John M. Bowlus* for petitioner. *Marvin E. Aspen* for respondent.

No. 683. NEALON *v.* UNITED STATES. Ct. Cl. Certiorari denied. *John J. Nealon,* petitioner, *pro se. Solicitor General Marshall* for the United States.